IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK L. THOMPSON, | ) | |
| | ) | 4:07CV3110 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF REMOVAL |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS | ) | |
| REGIONAL MEDICAL CENTER, OMAHA | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. § 1441, et seq., the Department of Veterans Affairs removes to this Court the State Court civil action indicated in the attachments to this Notice.

The Defendant received a copy of Plaintiff's initial State Court pleading on March 22, 2007. This Notice of Removal was filed within 30 days of receipt of Plaintiff's initial pleadings, as required by 28 U.S.C. § 1446(b). Attached is a copy of all process, pleadings and orders served or received by the Defendant.

Grounds for removal are as follows:

This is a tort action which alleges negligence in the delivery of medical care to the Plaintiff by Defendant Department of Veterans Affairs Regional Medical Center, Omaha. The Department of Veterans Affairs is an agency of the United States of America. Removal is proper under 28 U.S.C. § 1441(a), which authorizes removal of "any civil action in a State court of which the district courts of the United States have original jurisdiction . . .." Original jurisdiction in this matter is granted by 28 U.S.C. §§ 1331 and 1346(b)(1).

DEPARTMENT OF VETERANS AFFAIRS
REGIONAL MEDICAL CENTER, OMAHA

JOE W. STECHER
United States Attorney
District of Nebraska

By:  s/ Paul D. Boeshart
PAUL D. BOESHART  #10365
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
Tel:  (402) 437-5241
Fax:  (402) 437-5390
E-mail:  paul.boeshart@usdoj.gov

REQUEST FOR TRIAL

The United States of America requests that trial of this case be held at Lincoln, Nebraska, and that the case be calendared accordingly.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following by mailing same this 19th day of April, 2007, by United States mail, sufficient postage prepaid.

Kurt P. Leffler
5635 O Street, Suite 101
Lincoln, NE  68510

s/ Paul D. Boeshart
PAUL D. BOESHART  #10365
Assistant U.S. Attorney