```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

MARK L. THOMPSON,               )
                                )
              Plaintiff,        )         4:07CV3110
                                )
     v.                         )
                                )
DEPARTMENT OF VETERANS          )         ORDER
AFFAIRS REGIONAL MEDICAL        )
CENTER, OMAHA,                  )
                                )
              Defendant.        )
                                )
```

IT IS ORDERED:

The Rule 16 telephone conference is rescheduled from this date to October 11, 2007 at 9:30 a.m. Plaintiff's counsel shall place the call.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge