IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK L. THOMPSON, | ) | |
| | ) | 4:07CV3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

The Parties Joint Motion to Substitute Defendant and Amend Caption (filing no. 17), has been considered and the Court finds that it should be approved.

IT IS THEREFORE ORDERED that the United States of America is hereby substituted as the sole party defendant in the place of the Department of Veterans Affairs. It is further ordered that the caption of the case is amended accordingly, as shown in this order.

Dated this 25th day of February, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge