IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK L. THOMPSON, | ) | |
| | ) | 4:07CV3110 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, Mark. L. Thompson, by and through his attorney, Kurt P. Leffler, and moves this honorable Court to dismiss the above captioned matter against Defendant United States of America.

WHEREFORE, the Plaintiff PRAYS that his cause of action be dismissed.


Respectfully Submitted,

MARK L. THOMPSON, Plaintiff


By:   s/ Kurt P. Leffler
Kurt P. Leffler #23015
5635 'O' Street, Suite 101
Lincoln, NE 68510
Phone: (402) 488-4300
Fax: (402) 466-1950
kurtlefflerlaw@mindspring.com

1