IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK L. THOMPSON, | ) | 4:07CV3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's unopposed motion to dismiss (filing 32), and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

July 16, 2008.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge